IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiffs,<br><br>vs.<br><br>ANTHONY SHAQUILLE HARRIS,<br><br>          Defendants. | 4:15CR3024<br><br>ORDER |

IT IS ORDERED:

1)   The motion of defense counsel, (filing no. 40), is hereby granted.

2)   The custody of Anthony Shaquille Harris shall be temporarily transferred from the holding area in the Lincoln Federal Building to Investigator Martin Adams of the Federal Public Defender's Office on March 20, 2015 for the purpose of an interview. The interview will be conducted at 1:00 p.m. in the Lincoln Federal Defender's Office. Upon conclusion of the interview, the Federal Public Defender's Office shall return Anthony Shaquille Harris to the custody of the United States Marshal.

March 18, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge