IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiffs,<br><br>vs.<br><br>TIARA A. BLANCO-LIGGINS,<br><br>              Defendants. | 4:15CR3024<br><br>**ORDER** |

Defendant Blanco-Liggins has moved to continue the pretrial motion deadline, (filing no. 56), because the defendant and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed.. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant Blanco-Liggins' motion to continue, (filing no. 56), is granted.

2) **As to both defendants**, pretrial motions and briefs shall be filed on or before May 14, 2015.

3) **As to both defendants**, trial of this case is continued pending resolution of any pretrial motions filed.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendants in a speedy trial. Accordingly, **as to both defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and May 14, 2015, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7).

April 15, 2015.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge