IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3024 |
| vs. | ORDER |
| ANTHONY SHAQUILLE HARRIS, | |
| Defendant. | |

For the reasons stated in the Court's Memorandum and Order of July 30, 2020 (filing 169),

IT IS ORDERED that the defendant's motion to reconsider (filing 170) is denied.

Dated this 3rd day of September, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge